## Case No. 13,834.

### TENNY v. DENSLEY et al.

[1 Cranch, C. C. 314.] [1]

Circuit Court, District of Columbia. June Term, 1806.

INSOLVENCY—ARREST—COSTS—DISCHARGE.

An insolvent debtor will be discharged from arrest for costs accrued partly before and partly after his discharge under the act.

Ca. sa. [by Tenny against Densley & Burford] for costs on verdict at December term, 1805, for defendant, Tenny. On the 30th of September, 1805, Densley had been discharged under the insolvent law of 1803 (2 Stat. 237), by the 10th section of which, he is to be discharged if taken on any process or any judgment for any debt, damages, or costs contracted, owing or growing due before his discharge. Part of these costs were growing due or were contracted before his discharge. The defendant, Densley, was discharged by the court on that ground. (DUCKETT, Circuit Judge, absent.)

TENTH NAT. BANK (WARREN v.). See Cases Nos. 17,200–17,202.

TEN THOUSAND CIGARS (UNITED STATES v.). See Cases Nos. 16,450 and 16,451.

TERESA, The MARY. See Case No. 9,228.

TERRE HAUTE DRAW-BRIDGE CO. (JOLLY v.). See Case No. 7,441.

TERREL (UNITED STATES v.). See Cases Nos. 16,452 and 16,453.

TERRELL (BROCK v.). See Case No. 1,914.